**INDIANA TAX COURT**
Cases Transmitted
Week of 4/20/15


Name:        <u>Richardson's RV, Inc. v. Indiana Dept. of State Revenue</u>
Case No.      49T10-1504-TA-00016
Date Filed:    4/23/15
Attorneys:    Randal J. Kaltenmark, Ziaaddin Mollabashy
Type of Tax:  Sales & Use – Taxpayers challenge whether the Department erred in when it determined that taxpayer's sales were not interstate sales and therefore subject to sales & use tax.